IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHARLES D.J. BARNES,

    Plaintiff,

vs.                                                    No. 20-cv-1170 KWR-GBW

NEW MEXICO DISTRICT COURT,
EDDY COUNTY DETENTION CENTER, and
NEW MEXICO CORRECTIONS DEPARTMENT,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order (Doc. 4) filed **on January 29, 2021**, the Court issues its separate judgment finally disposing of this case.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Prisoner Civil Rights Complaint (**Doc. 1**) is **DISMISSED WITH PREJUDICE**.

                                                **KEA W. RIGGS**
                                                **UNITED STATES DISTRICT JUDGE**